IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
KENTREL DEANGELO JORDAN      )
FAUCETTE,                    )
                             )
          Petitioner,        )
                             )      1:18-cr-292-1
     v.                      )      1:22-cv-1136
                             )
UNITED STATES OF AMERICA,    )
                             )
          Respondent.        )
```

**ORDER**

On October 10, 2023, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 54, 55.) In the Recommendation, the court construed Petitioner's document entitled "Aggrieved Respondent," (Doc. 37), as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. However, the motion cannot be further processed for the reasons cited in the Recommendation. No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 54), is **ADOPTED**. **IT IS FURTHER ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** to

Petitioner promptly filing a corrected motion on the proper § 2255 forms. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 15th day of February, 2024.

_____
United States District Judge